No. 81–450.  UNITED STATES *v.* VALENZUELA-BERNAL. C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–440.  INSURANCE CORPORATION OF IRELAND, LTD., ET AL. *v.* COMPAGNIE DES BAUXITES DE GUINEE. C. A. 3d Cir.  Certiorari granted limited to Question 1 presented by the petition.

No. 81–5114.  TIBBS *v.* FLORIDA.  Sup. Ct. Fla.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–5152.  TAYLOR *v.* ALABAMA.  Sup. Ct. Ala.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 80–1947.  FIRST NATIONAL BANK OF TULSA ET AL. *v.* LAYON, EXECUTRIX.  Sup. Ct. Okla.  Certiorari denied.

No. 80–1961.  QUEEN *v.* ARKANSAS.  Sup. Ct. Ark. Certiorari denied.

No. 80–1997.  INTERNATIONAL ASSOCIATION OF FISH & WILDLIFE AGENCIES *v.* DEFENDERS OF WILDLIFE, INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 80–6703.  GOMEZ *v.* IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 80–6841.  VALENZUELA ET AL. *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.